NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE W. DANIEL HILLIS, RODERICK A. HYDE, NATHAN P. MYHRVOLD, CLARENCE T. TEGREENE, AND LOWELL L. WOOD, JR.

---

2011-1401
(Serial No. 11/386,211)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

The Director of the United States Patent and Trademark Office moves for an 18-day extension of time, until November 22, 2011, for the Director to file his response brief, and for a 20-day extension of time, until December 29, 2011, for the appellants to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated by the Director.

FOR THE COURT

OCT 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Manu J. Tejwani, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2011

JAN HORBALY
CLERK